# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TAE J. SONG DPM; TAE J. SONG DPM, INC.; RUSSELL H. WITHERSPOON;<br><br>　　　　　Defendants. | Case No.: 8:18-cv-01385-AG (DFMx)<br><br>**[Assigned for All Purposes to the Hon. Andrew J. Guilford, Ctrm 10D]**<br><br>**ORDER DISMISSING ENTIRE ACTION** |

Having considered the stipulation of counsel and Dr. Song (in pro per), and GOOD CAUSE APPEARING THEREFOR IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41. Each of the parties to bear their / its own attorney's fees, costs and expenses.

DATED:　　October 7, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

ORDER RE DISMISSAL WITH PREJUDICE

2211622.1